# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erik Feist, individually, and on behalf of all similarly situated consumers, | Case No.: 2:25-cv-03093 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Life Line Billing Systems, LLC, d/b/a LifeQuest Services, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is, dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**ZEMEL LAW LLC**

Dated: December 5, 2025      By */s/ Daniel Zemel*
Daniel Zemel, Esq.
400 Sylvan Avenue, Suite 200
Englewood Cliffs, New Jersey 07632
Telephone: (862) 227-3106
dz@zemellawllc.com

***Attorneys for Plaintiffs***

**BARRON & NEWBURGER, P.C.**

Dated: December 5, 2025          By */s/ Brit J. Suttell*
                        Brit J. Suttell, Esquire
                        6100 219th St. SW, Suite 480
                        Mountlake Terrace, WA  98043
                        Phone: (484) 999-4232
                        Email: britjsuttell@bn-lawyers.com

                        ***Attorneys for Defendant***